# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CENTRAL STATES HEALTH & LIFE CO. OF OMAHA,** ) ) ) | **CASE NO. 8:05-CV-00568** |
| **Plaintiff,** ) ) | |
| vs. ) ) | **ORDER OF DISMISSAL** |
| **EVANSTON INSURANCE COMPANY,** ) ) | |
| **Defendant.** ) | |

This matter is before the Court on the Stipulation of Plaintiff and Defendant that this matter has been settled and should be dismissed with prejudice at the Plaintiff's costs.

After review of the Stipulation, and consideration of this matter, this Court approves of the Stipulation.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Petition is dismissed with prejudice at the Plaintiff's costs.

Dated this 18th day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

PREPARED AND SUBMITTED BY:

Edward D. Hotz, #11927
HOTZ, WEAVER, FLOOD, BREITKREUTZ & GRANT
444 Regency Parkway Dr.
Suite 310
Omaha, NE  68114
(402) 397-1140
and
Robert D. Mullin, Jr., #12973
McGRATH, NORTH, MULLIN & KRATZ, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070

ATTORNEYS FOR PLAINTIFF